## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                      **JUDGMENT IN A CIVIL CASE**

**KIMBERLY SUE MANOR,**

                                                      CASE NO: **2:22−CV−00666−DB**

              v.

**COMMISSIONER OF SOCIAL SECURITY,**

---

    **Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/8/2023**

                                                      **Keith Holland**
                                                      Clerk of Court

ENTERED: **September 8, 2023**

                                          by: /s/ J. Donati
                                                      Deputy Clerk